UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WARREN EASTERLING,

    Plaintiff,                               Case No. 3:19-cv-112

vs.

PRESIDENT DONALD TRUMP, *et al.*,     District Judge Walter H. Rice
                                                        Magistrate Judge Michael J. Newman

    Defendants.

___

## ORDER
___

Having been named as a Defendant in this case, the undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED**.

Date: April 16, 2019                                       s/ Michael J. Newman
                                                                 Michael J. Newman
                                                                  United States Magistrate Judge