# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WARREN R. EASTERLING, | : | Case No. 3:19-cv-112 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| PRESIDENT DONALD J. TRUMP, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Having been named as a Defendant in this case, the undersigned hereby **RECUSES** herself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

April 18, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge