IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,

    Plaintiff,

vs.

PRESIDENT DONALD J. TRUMP, *et al.*,

    Defendants.

Case No. 3:19cv112

JUDGE WALTER H. RICE

---

ORDER

---

Having been named as a Defendant in this case, the undersigned hereby RECUSES himself from this matter, and it is referred to Clerk of Courts for reassignment.

IT IS SO ORDERED.

April 19, 2019

                                       WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record