**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**WARREN EASTERLING,**

**Plaintiff,**

**-vs-**                                                                        **Case No. 3:19-CV-112**

**DONALD J. TRUMP et al.,**

**Defendants.**

# ORDER TRANSFERRING CASE

IT IS ORDERED that the above captioned matter be transferred from the docket of the

Honorable Thomas M. Rose, to the Honorable Edmund A. Sargus, Jr, Chief Judge, for reassignment

in either the Cincinnati Division or Columbus Division, in the Southern District of Ohio.

**DONE** and **ORDERED** in Dayton, Ohio, this 24ᵗʰ day of April, 2019.


*s/Thomas M. Rose*

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT